# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA
ex rel. INEZ HUNTER,

                Plaintiff,

v.

JANE ANDERSON, NORTHSTAR RESIDENTIAL, L.L.C., JOHN DUFFY, JEFF VON FELDT, PONDVIEW TOWNHOMES, JENEL SAUBER, JOHN DOES 1 THROUGH 50 IN MINNESOTA DEPARTMENT OF HUMAN RIGHTS, KIMBERLY NEVELS, JOHN DOES 1 THROUGH 50, UNITED STATES DEPARTMENT OF URBAN DEVELOPMENT,

                Defendants.

**ORDER**
Sealed Case No. 12-SC-2008
(MJD/AJB)

---

Inez Hunter, pro se.

Leah C. Janus and Haley L. Waller Pitts, Fredrikson & Byron, PA, Counsel for Defendants Jane Anderson, John Duffy, Jenel Sauber, Jeff Von Feldt, Northstar Residential L.L.C., Pondview Townhomes.

Lonnie F. Bryan, Assistant United States Attorney, Counsel for John Does 51 through 100, United States Department of Urban Development.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated January 16, 2013. [Docket No. 130] Plaintiff Inez Hunter filed objections to the Report and Recommendation. Defendants Jane Anderson, John Duffy, Jeff Von Feldt, Jenel Sauber, Northstar Residential, LLC, and Pondview Townhomes of Woodbury, LP filed a collective response to Plaintiff's objections.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan dated January 16, 2013. Defendants' collective response states that since Chief Magistrate Judge Boylan issued the Report and Recommendation, Pondview Townhomes of Woodbury, LP filed an unlawful detainer action against Plaintiff. The Court has taken this fact into account. Based on the sound reasoning in the Report and Recommendation regarding the unlikelihood that Plaintiff will succeed on the merits, however, the Court concludes that the Plaintiff's motion for a preliminary injunction should be denied.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

The Court **ADOPTS** the Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan dated January 16, 2013 [Docket No. 130].

Date: February 12, 2013
            s/Michael J. Davis
            Michael J. Davis
            Chief Judge
            United States District Court