# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
ex rel. INEZ HUNTER,

                Plaintiff,

v.

JANE ANDERSON, NORTHSTAR RESIDENTIAL, L.L.C., JOHN DUFFY, JEFF VON FELDT, PONDVIEW TOWNHOMES, JENEL SAUBER, JOHN DOES 1 THROUGH 50 IN MINNESOTA DEPARTMENT OF HUMAN RIGHTS, KIMBERLY NEVELS, JOHN DOES 1 THROUGH 50, UNITED STATES DEPARTMENT OF URBAN DEVELOPMENT,

                Defendants.

**ORDER**
Sealed Case No. 12-SC-2008
(MJD/AJB)

Inez Hunter, pro se.

Leah C. Janus and Haley L. Waller Pitts, Fredrikson & Byron, PA, Counsel for Defendants Jane Anderson, John Duffy, Jenel Sauber, Jeff Von Feldt, Northstar Residential L.L.C., Pondview Townhomes.

Lonnie F. Bryan, Assistant United States Attorney, Counsel for John Does 51 through 100, United States Department of Urban Development.

      The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated

February 27, 2013.  [Docket No. 178]  Plaintiff Inez Hunter filed objections to the Report and Recommendation.  Defendants Jane Anderson, John Duffy, Jeff Von Feldt, Jenel Sauber, Northstar Residential, LLC, and Pondview Townhomes of Woodbury, LP filed a collective response to Plaintiff's objections.  Defendants the United States, the United States Postal Service and the United States Department of Housing and Urban Development also filed a collective response to Plaintiff's objections.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan dated February 27, 2013.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

> The Court **ADOPTS** the Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan dated February 27, 2013 [Docket No. 178].

Date:  May 7, 2013                                       s/ Michael J. Davis
                                                         Michael J. Davis
                                                         Chief Judge
                                                         United States District Court