UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Inez Hunter,

      Plaintiff,

v.                                        **ORDER**
                                         Civil No. 12-2008 (MJD/AJB)

Jane Anderson, et al.,

      Defendants.
_____

      The above-entitled matter comes before the Court on Plaintiff's objections to the Report and Recommendation of Magistrate Judge Arthur J. Boylan dated June 25, 2013.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the Court will adopt the Report and Recommendation in its entirety.  Accordingly,

      **IT IS HEREBY ORDERED** that:

      1.      Plaintiff's Motion for Contempt of Court [Doc. No. 40] is **DENIED**;

2. Plaintiff's Motion to Dismiss/Terminate the False Claim Act [Doc. No. 88] and Plaintiff's Motion to Eliminate the False Claims Act [Doc. No. 131] are **GRANTED** to the extent the motions seek to voluntarily dismiss Count I;

3. Plaintiff's Motion for Default Judgment against Pondview Townhomes, Jenel Sauber, Northstar Residential, LLC, Jane Anderson, Jeff Von Feldt and John Duffy [Doc. No. 97] is **DENIED;**

4. Plaintiff's Motion for Default Judgment against Minnesota Department of Human Rights, United States Department of Housing and Urban Development and the United States Postal Service [Doc. No. 96] is **DENIED**;

5. John Does 1 through 50 in the Minnesota Department of Human Rights are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m);

6. Defendants Jane Anderson, John Duffy, Jeff Von Feldt, Jenel Sauber, Northstar Residental, LLC and Pondview Townhomes of Woodbury's Motion for Judgment on the Pleadings [Doc. No. 111] is **GRANTED**;

7.  Defendants United States Department of Housing and Urban Development and Kimberley Nevels' Motion to Dismiss/Summary Judgment [Doc. No. 159] is **GRANTED**; and

8.  Defendant United States Postal Service's Motion to Dismiss [Doc. No. 196] is **GRANTED.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY**

Date:   July 31, 2013

                              s/ Michael J. Davis
                              Michael J. Davis
                              Chief Judge
                              United States District Court