UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Inez Hunter,

        Plaintiff,

v.                                                                     **ORDER**
                                                                       Civil No. 12-2008 (MJD/AJB)

Jane Anderson, et al.,

        Defendants.

_____

The above-entitled matter comes before the Court on Plaintiff's objections to the Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan dated July 22, 2013.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Contempt of Court [Doc. No. 226] is **DENIED**.

Date:   August 26, 2013

                        s/ Michael J. Davis
                        Michael J. Davis
                        Chief Judge
                        United States District Court