## UNITED STATES DISTRICT COURT
## DISCTRICT OF MINNESOTA

Inez Hunter,

      Plaintiff,

v.

                    **ORDER**
                    Civil File No. 12-2008 (MJD/AJB)

Jane Anderson, et al.,

      Defendants.

This case is before the Court on Plaintiff's Motion to Reopen District Court Case Based Upon New Evidence and/or Reversal of District Court Judgment for Defendants (Appellees); and Request for Rule 11 Sanctions. [Doc. No. 276]

Based on all of the files, records, and proceedings, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Reopen and Request for Rule 11 Sanctions [Doc. No. 276] is **DENIED**.

Dated:   February 10, 2014        s/ Michael J. Davis
                                     Michael J. Davis
                                     Chief Judge
                                     United States District Court