UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INEZ HUNTER,

        Plaintiff,

**ORDER**
v.                                        Civil No. 12-cv-2008 (MJD/AJB)

JANE ANDERSON, et al.,

        Defendants.

Inez Hunter, pro se.

The above-entitled matter comes before the Court upon Plaintiff Inez Hunter's Petition for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50 or in the alternative for a New Trial pursuant to Fed. R. Civ. P. 59.01(a)(b)(d) and (f). [Docket No. 287]  The Court has carefully considered the entire record in this matter and concludes that oral argument is unnecessary.

Judgment was entered in this case on August 1, 2013.  [Docket No. 247] Thereafter, Plaintiff filed a motion for reconsideration and for contempt of court, both of which were denied.  Plaintiff then filed an appeal to the Eighth Circuit Court of Appeals.  While her appeal was pending, Plaintiff filed a motion to

reopen her case, which motion was denied. On June 26, 2014, the Eighth Circuit affirmed this Court's decision to dismiss Plaintiff's claims with prejudice. On October 20, 2014, the United States Supreme Court denied her petition for writ of certiorari.

Now before the Court is another attempt by Plaintiff to reopen this case. Based on its review of the record and the Plaintiff's submissions, the Court finds that Plaintiff has failed to demonstrate that she is entitled to the requested relief.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Petition for Judgment as a Matter of Law and/or for a New Trial [Docket No. 287] is DENIED.

Date: February 27, 2018            s/ Michael J. Davis
                                   Michael J. Davis
                                   United States District Court